IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW COWLEY, et al. | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiffs, | : | CIVIL ACTION |
| | : | NO. 07-62831 |
| v. | : | |
| | : | Transferred from the District |
| | : | of Maryland |
| ACANDS, INC., et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **23rd** day of **December, 2010**, it is hereby **ORDERED** that Defendant MCIC, Inc.'s Motion for Summary Judgment, filed on October 15, 2010 (doc. nos. 24 & 27), is **GRANTED**.

It is further **ORDERED** that judgment is entered in favor of Defendant MCIC, Inc. and against Plaintiffs.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**